UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,

    Plaintiff,                                    Case No. 6:16-cv-00680-Orl-37GJK

v.

ENERGY EFFICIENT LIGHTING
COMPANY LIMITED,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO**
**ORDER TO SHOW CAUSE DATED AUGUST 12, 2016**

COMES NOW counsel, Mark F. Warzecha and files his response to the Order to Show Cause dated August 12, 2016 (Dkt. 21) and states:

**INTRODUCTION**

In this Court's Order to Show Cause dated August 12, 2016 ("Order") this Court raised questions concerning the effectiveness of Defendant's prior counsel's acceptance of service and whether or not service of the Amended Complaint was proper. This Court requested counsel to respond to various issues concerning whether or not the Clerk's Entry of Default (Dkt. 16) should be set aside.

**RESPONSE TO SHOW CAUSE ORDER**

On August 24, 2016, Plaintiff filed its Second Amended Complaint (Dkt. 23). Plaintiff also submitted an Amended Summons (Dkt. 24) to be issued by the Clerk of Court. The revised Summons and Second Amended Complaint were served on the Defendant on August 26, 2016.

On August 29, 2016, Counsel's office received confirmation from its process server that Defendant was served on August 26, 2016.  However, Counsel has not yet received the executed proof of service. Counsel has been informed that it will be received on August 31, 2016.  Immediately upon receipt of same, the proof of service will be filed with the court.

Therefore, in the interest of judicial economy, Plaintiff, due to the filing and service of its Second Amended Complaint, does not object to setting aside the Clerk's Entry of Default (Dkt. 16).

Dated: August 30, 2016.

/s/*Mark F. Warzecha*
Mark F. Warzecha
Florida Bar No. 95779
**WIDERMAN MALEK PL**
1990 W. New Haven Ave., Ste. 201
Melbourne, Florida 32904
Tel. (321) 255-2332
Fax (321) 255-2351
MFW@USLegalTeam.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I further certify that the foregoing document will be served on the Defendant via U.S. Mail and e-mail at:

Energy Efficient Lighting Co. Ltd.
331 Amber Street, Suite B
Markham, ON, Canada L3R 357
Francis.chan@ultrasave.ca

/s/*Mark F. Warzecha*
Mark F. Warzecha