**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LIGHTING SCIENCE GROUP CORPORATION,**

    **Plaintiff,**

v.                             Case No: 6:16-cv-680-Orl-37GJK

**ENERGY EFFICIENT LIGHTING COMPANY LIMITED,**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Notice of Settlement filed November 9, 2016 (Doc 35) indicating that this case has settled. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. All pending motions are denied as moot, all hearings are cancelled and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 15th day of November, 2016.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record